IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| AIMEE J. LAHEY, | Case No. 06-CV-00863-~~BR~~ JO |
|---|---|
| v. | **ORDER AWARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| MICHAEL ASTRUE, Commissioner, Social Security Administration, | |

Based upon the stipulation #23 of the parties, it is hereby ORDERED that attorney fees in the amount of $2,887.50 are awarded to plaintiff, Aimee J. Lahey, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED.

DATED: Oct 26, 2007

~~Ann L. Aiken~~ Robert E. Jones
United States District Court Judge

Presented by:

/s/ George J. Wall
George J. Wall, OSB # 934515
Attorney for Plaintiff
1336 E. Burnside St., Suite 130
Portland OR 97214
(503)236-0068

Page 1 – ORDER AWARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT